Order affirmed and judgment absolute ordered for appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ. Not voting: VANN, J.

---

JOHN W. STERLING, as Executor of EDWIN S. CHAPIN, Deceased, Respondent, *v.* ALBERT K. CHAPIN, Individually and as Executor of EDWIN S. CHAPIN, Deceased, Appellant.

*Sterling* v. *Chapin,* 117 App. Div. 922, affirmed.
(Argued March 9, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for a partnership accounting.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*John A. Garver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

ADDIE OWEN, as Administratrix of the Estate of CONVUS OWEN, Deceased, Respondent, *v.* RETSOF MINING COMPANY, Appellant.

*Owen* v. *Retsof Mining Co* , 119 App. Div. 618, affirmed.
(Argued March 9, 1908; decided March 31, 1908.)

APPEAL from judgments entered June 17, 1907, in favor of plaintiff upon an order of the Appellate Division of the

Supreme Court in the fourth judicial department, entered May 1, 1907, which affirmed an order of the court at a Trial Term denying a motion for a new trial after a verdict in favor of plaintiff in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Maulsby Kimball* for appellant.

*Harlan W. Rippey* for respondent.

Judgments and order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.